AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

| | |
|---|---|
| United States of America<br>v.<br>LINDSAY ANNE MOFFATT<br><br>*Defendant* | )<br>)<br>) Case No. **MJ26-001**<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **LINDSAY ANNE MOFFATT**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Assault on a Federal Officer, in violation of Title 18, United States Code, Section 111(a), and Improper Entry by Alien, in violation of Title 8, United States Code, Section 1325(a)(1).

Date: 01/01/2026

*Issuing officer's signature*

City and state: Bellevue, Washington

Grady J. Leupold, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 01/01/2026, and the person was arrested on *(date)* 01/02/2026
at *(city and state)* Seattle, WA.

Date: 01/02/2026

*Arresting officer's signature*

Ryan Robles DUSM
*Printed name and title*