The Honorable Paula L. McCandlis

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDSAY ANNE MOFFATT,<br><br>Defendant. | NO. MJ26-001<br><br>NOTICE OF DISMISSAL<br><br>Noted: January 23, 2026 |

1  The United States of America, by and through Charles Neil Floyd, United States Attorney for the Western District of Washington, and Charlotte Storey, Special Assistant United States Attorney, notifies the Court of its intent, with leave of the Court, to dismiss all pending charges in this case as to the above-named defendant, LINDSAY ANNE MOFFATT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

2  The United States was informed that on January 7, 2026, the Department of Homeland Security removed Ms. MOFFATT from the United States to Canada.

3  Accordingly, with the leave of the Court, the United States dismisses the pending charges in the above-entitled cause against the above-captioned Defendant, without prejudice. *See e.g. United States v. Olivas-Armenta*, No. CR20-0137-JCC-6, 2021 WL 398490, at *2 (W.D. Wash. Feb. 4, 2021) (dismissal without prejudice is appropriate when the United States removes a defendant from the United States while charges are pending).

Notice of Dismissal - 1
*United States v. Moffatt/* MJ26-001
USAO # 2025R01477

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     DATED this 12th day of January 2026.

                                                  Respectfully submitted,

                                                  CHARLES NEIL FLOYD

                                                  United States Attorney

                                                  *s/ Charlotte Storey*
                                                  CHARLOTTE STOREY
                                                  Special Assistant United States Attorney
                                                  700 Stewart Street, Suite 5220
                                                  Seattle, Washington 98101
                                                  Phone: (206) 553-7970
                                                  E-mail: charlotte.storey@usdoj.gov

Notice of Dismissal - 2  
*United States v. Moffatt/* MJ26-001  
USAO # 2025R01477

UNITED STATES ATTORNEY  
700 STEWART STREET, SUITE 5220  
SEATTLE, WASHINGTON 98101  
(206) 553-7970