Judge S. Kate Vaughan

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LINDSAY ANNE MOFFATT,<br><br>Defendant. | No. MJ26-001<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to LINDSAY ANNE MOFFATT, Defendant.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

DATED this 13th day of January 2026.

*signature*
S. KATE VAUGHAN
United States District Court Judge

Presented by:

*s/ Charlotte Storey*
CHARLOTTE STOREY
Special Assistant United States Attorney

Order of Dismissal - 1
*United States v. Moffatt*/ MJ26-001
USAO # 2025R01477

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970